IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH ROMANTINE, ) | |
| ) | C.A. No. 09-973 |
| Plaintiff, ) | |
| ) | Judge Donetta Ambrose |
| v. ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| CH2M HILL ENGINEERS, INC., ) | |
| ) | Re: ECF No. 45 |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff's Complaint was filed on July 27, 2009 and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for the Western District of Pennsylvania.

The Magistrate Judge's Report and Recommendation (ECF No. 45) filed on November 24, 2010 recommended that Defendant's Motion for Summary Judgment be denied. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b)(2), and Local Rule of Court 72.D.2, that they had fourteen (14) days from the date of service to file objections to the Magistrate Judge's Report and Recommendation. On December 9, 2010, Defendant timely filed its Objections which were due on December 13, 2010. On December 17, 2010, Plaintiff filed his response to Defendant's Objections. The Court has carefully reviewed Defendant's Objections and Plaintiff's response thereto. After review of the pleadings and the documents in the case, together with the Report and Recommendation and the Objections, the following Order is entered:

AND NOW, this 23rd day of December, 2010;

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment at ECF No. 23 is **DENIED.**

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 45) of Magistrate Judge Lenihan, dated November 24, 2010 is adopted as the Opinion of the Court.

Donetta W. Ambrose
United States District Judge

cc: All counsel of record
*Via electronic filing*